**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**VALANNA MCCURRY, an Individual**

    **Plaintiff,**

**v.**                                                                                         **Case No: 5:15-cv-549-Oc-32PRL**

**METROPOLITAN LIFE INSURANCE
COMPANY, CITIGROUP, INC. and
GLEN JOSHUA KUNSELMAN**

    **Defendants.**

## ORDER

Before the Court is Defendants Metropolitan Life Insurance Company and Citigroup, Inc.'s amended unopposed motion to extend time to file their discovery memorandum, along with Citigroup's request to extend time to file its reply in support of its motion to dismiss. (Doc. 43). Defendants represent that this extension is necessary because their counsel is in the process of transitioning to a new law firm and that this motion is unopposed.

Upon due consideration, Defendants' amended motion (Doc. 43) is **GRANTED**, and their original motion (Doc. 42) is **TERMINATED AS MOOT**. Defendants may file their discovery memorandum on or before **June 23, 2016**, and Citigroup may file its reply in support of its motion to dismiss on or before **June 13, 2016**. However, the Court notes the numerous extensions that have already been granted in this case (Docs. 7, 10, 12, 27, 35, 39); accordingly, no further extensions will be granted absent extraordinary cause.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on June 10, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties