# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**VALANNA MCCURRY, an Individual**

    **Plaintiff,**

v.                                                                                             **Case No: 5:15-cv-549-Oc-32PRL**

**METROPOLITAN LIFE INSURANCE**
**COMPANY and CITIGROUP, INC.**

    **Defendants.**

## ORDER

Before the Court are the motion to appear *pro hac vice* of Lewis R. Clayton, Karen R. King, and Alex M. Hyman, Esq. (Docs. 54, 55, 56). The motions are due to be granted, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

Local counsel, Donald A. Mihokovich, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorneys. If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order. Accordingly, the motions to appear *pro hac vice* (Docs. 54, 55, 56) are **GRANTED**.

Also before the Court is the motion to substitute Lewis R. Clayton, Karen R. King, Alex M. Hyman, and Donald A. Mihokovich, Esq. as counsel for Citigroup, Inc. (Doc. 57). This motion (Doc. 57) is also **GRANTED**. Stephanie A. Segalini, Esq. is relieved of further

- 2 -

responsibility for the representation of Citigroup, Inc. in this cause and Lewis R. Clayton, Karen R. King, Alex M. Hyman, and Donald A. Mihokovich, Esq. are substituted in her place.

**DONE** and **ORDERED** in Ocala, Florida on August 25, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties